1  DAVID A. GAUNTLETT, SB#96399
       E-Mail: info@gauntlettlaw.com
2  ANDREW M. SUSSMAN, SB# 112418
       E-Mail: ams@gauntlettlaw.com
3  **GAUNTLETT & ASSOCIATES**
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:  (949) 553-1010
5  Facsimile:   (949) 553-2050

6  Attorneys for Plaintiff
   BURGETT, INC.
7
   LANE J. ASHLEY, SB# 073296
8      E-Mail: ashley@lbbslaw.com
   JORDON E. HARRIMAN, SB# 117150
9      E-Mail: harriman@lbbslaw.com
   SHANNON L. SANTOS, SB# 260112
10     E-Mail: ssantos@lbbslaw.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
11 221 North Figueroa Street, Suite 1200
   Los Angeles, California  90012
12 Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
13
   Attorneys for Defendant
14 AMERICAN ZURICH INSURANCE COMPANY

15

16                  UNITED STATES DISTRICT COURT

17          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

18

| | |
|---|---|
| BURGETT, INC., | CASE NO. 2:11-cv-01554- MCE-JFM |
| Plaintiff, | The Honorable Morrison C. England, Jr. |
| v. | **ORDER GRANTING A TWO-WEEK EXTENSION OF THE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND A TWO-WEEK EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY** |
| AMERICAN ZURICH INSURANCE COMPANY, | |
| Defendant. | |
| | [Filed concurrently with Joint Stipulation] |

///

4811-0379-3674.1                         -1-
                                                       2:11-CV-01554-MCE-JFM
                                 [PROPOSED] ORDER GRANTING EXTENSION OF TIME

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The hearing on Plaintiff's Motion for Summary Judgment shall be extended for a period of two weeks and shall now be heard on August 25, 2011; and

2. Plaintiff's Reply deadline shall be extended for a period of two weeks and shall now be due on or before August 18, 2011.

IT IS SO ORDERED.

Dated: August 5, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE