**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
Andrew M. Sussman (SBN 112418)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Plaintiff
Burgett, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley (SBN 073296)
Jordon E. Harriman (SBN 117150)
Shannon L. Santos (SBN 260112)
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012-2601
Telephone:   (213) 250-1800
Facsimile:   (213) 481-0621

Attorneys for Defendant
American Zurich Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BURGETT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN ZURICH INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.  11-cv-01554-MCE-JFM<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER DENYING JOINT STIPULATION RE: TAKING STATUS CONFERENCE OFF CALENDAR PENDING A RESOLUTION OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

171756.1-10633-001-8/31/2011

**ORDER**
**Case No. 11-cv-01554-MCE-JFM**

ORDER

The Court is in receipt of the parties Joint Status Report (ECF No. 14) purportedly setting a Status Conference for August 25, 2011, to occur simultaneously with the hearing on Plaintiff's Motion for Summary Judgment.  The Court is also in receipt of the parties' Stipulation (ECF No. 18) to take that Status Conference off calendar pending resolution of the pending Motion.  Because the Court never scheduled a Status Conference, there is no Conference to take off calendar.  See Order Requiring Joint Status Report, 3:10-15 (ECF No. 4).  Accordingly, the parties' current request is DENIED as moot.

IT IS SO ORDERED.

Dated:  August 31, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE