**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
Andrew M. Sussman (SBN 112418)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:   (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Plaintiff Burgett, Inc.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley (SBN 073296)
Jordon E. Harriman (SBN 117150)
Shannon L. Santos (SBN 260112)
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone:   (213) 250-1800
Facsimile:    (213) 481-0621
ashley@lbbslaw.com
harriman@lbbslaw.com
ssantos@lbbslaw.com

Attorneys for Defendant
American Zurich Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BURGETT, INC., | Case No.  11-cv-01554-MCE-JFM |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | |
| AMERICAN ZURICH INSURANCE COMPANY, | **STIPULATION AND ORDER TO CONTINUE HEARING OF BURGETT'S MOTION FOR SUMMARY JUDGMENT RE QUANTIFICATION OF DAMAGES** |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Burgett, Inc. and Defendant American Zurich Insurance Company, by and through their respective counsel, and subject to the approval of the Court, agree that the hearing of Plaintiff Burgett's Motion for Summary Judgment re Quantification of Damages, previously set to be heard on January 12, 2012 at 2:00 p.m. in Courtroom 7, is continued and instead is to be heard on January 26, 2012 at 2:00 p.m. in Courtroom 7.

Dated:  January 6, 2012                              Respectfully submitted,

*/s/* Jordon E. Harriman                             */s/* David A. Gauntlett

| Jordon E. Harriman | David A. Gauntlett |
| Lane J. Ashley | Andrew M. Sussman |
| Shannon L. Santos | GAUNTLETT & ASSOCIATES |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | 18400 Von Karman, Suite 300 |
| 221 North Figueroa St., Suite 1200 | Irvine, California 92612 |
| Los Angeles, California 90012 | Telephone:   (949) 553-1010 |
| Telephone:   (213) 250-1800 | Facsimile:    (949) 553-2050 |
| Facsimile:    (213) 481-0621 | |

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE