1   **GAUNTLETT & ASSOCIATES**
    David A. Gauntlett (SBN 96399)
2   Andrew M. Sussman (SBN 112418)
    18400 Von Karman, Suite 300
3   Irvine, California  92612
    Telephone:    (949) 553-1010
4   Facsimile:    (949) 553-2050
    info@gauntlettlaw.com
5   ams@gauntlettlaw.com

6   Attorneys for Plaintiff Burgett, Inc.

7

8   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Lane J. Ashley (SBN 073296)
    Jordon E. Harriman (SBN 117150)
9   Shannon L. Santos (SBN 260112)
    221 North Figueroa Street, Suite 1200
10  Los Angeles, California 90012-2601
    Telephone:    (213) 250-1800
11  Facsimile:    (213) 481-0621
    ashley@lbbslaw.com
12  harriman@lbbslaw.com
    ssantos@lbbslaw.com
13
    Attorneys for Defendant
14  American Zurich Insurance Company

15

16                  **UNITED STATES DISTRICT COURT**

17                  **EASTERN DISTRICT OF CALIFORNIA**

18                       **SACRAMENTO DIVISION**

19

20  BURGETT, INC.,                          )  Case No.  11-cv-01554-MCE-JFM
                                            )
21              Plaintiff,                  )  Hon. Morrison C. England, Jr.
                                            )
22      vs.                                 )
                                            )  **STIPULATION AND  ORDER TO TAKE**
23  AMERICAN ZURICH INSURANCE               )  **HEARING OF BURGETT'S MOTION FOR**
    COMPANY,                                )  **SUMMARY JUDGMENT RE**
24                                          )  **QUANTIFICATION OF DAMAGES OFF**
                Defendant.                  )  **CALENDAR**
25                                          )
                                            )
26                                          )
                                            )
27  _____)

28

                                        **STIPULATION AND ORDER TO CONTINUE HEARING**
                                        **Case No. 11-cv-01554-MCE-JFM**

PLEASE TAKE NOTICE that Plaintiff Burgett, Inc. ("Burgett") and Defendant American Zurich Insurance Company, by and through their respective counsel and subject to the approval of the Court, agree that the hearing of Burgett's Motion for Summary Judgment re Quantification of Damages, presently set for hearing on January 26, 2012 at 2:00 p.m. in Courtroom 7, shall go off calendar.

Dated:  January 18, 2012                    Respectfully submitted,


/s/ Jordon E. Harriman                       /s/ David A. Gauntlett

Jordon E. Harriman                           David A. Gauntlett
Lane J. Ashley                               Andrew M. Sussman
Shannon L. Santos                            GAUNTLETT & ASSOCIATES
LEWIS BRISBOIS BISGAARD & SMITH LLP          18400 Von Karman, Suite 300
221 North Figueroa St., Suite 1200           Irvine, California 92612
Los Angeles, California 90012                Telephone:   (949) 553-1010
Telephone:   (213) 250-1800                  Facsimile:   (949) 553-2050
Facsimile:   (213) 481-0621


**ORDER**

**IT IS SO ORDERED.**


Dated:  January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1                         **STIPULATION AND ORDER TO CONTINUE HEARING**
                          **Case No. 11-cv-01554-MCE-JFM**