UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGETT, INC., | No. 2:11-cv-01554-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN ZURICH INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff's Request for Correction of Court's Order (ECF No. 37) is GRANTED. The Court's Order dated July 31, 2012, and electronically filed August 1, 2012, is hereby amended nunc pro tunc as follows: The phrase "Defendant has paid Zurich" as it is used on page 2, line 12, is corrected to read "Defendant has paid Plaintiff"; the phrase "the duty to Defendant" as it is used on page 5, footnote 4, line 4, is corrected to read "the duty to defend."

IT IS SO ORDERED.

DATE: August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1