**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
Andrew M. Sussman (SBN 112418)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Plaintiff
Burgett, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley (SBN 073296)
Jordon E. Harriman (SBN 117150)
Shannon L. Santos (SBN 260112)
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012-2601
Telephone:   (213) 250-1800
Facsimile:   (213) 481-0621

Attorneys for Defendant
American Zurich Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BURGETT, INC., | Case No.  11-cv-01554-MCE-JFM |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | |
| AMERICAN ZURICH INSURANCE COMPANY, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| Defendant. | |

Plaintiff Burgett, Inc., on the one hand, and Defendant American Zurich Insurance Company, on the other hand, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that, subject to the approval of the Court, this lawsuit shall be dismissed with prejudice.  Each side waives any right it may have had to seek further payment or reimbursement of any sums owed or paid pursuant to the insurance policy alleged in the complaint filed in this lawsuit with respect to the underlying lawsuits captioned *Persis International, Inc. et al. v. Burgett, Inc.*, United States District Court, N.D. Ill., Eastern Div., Case No. 09-cv-07451 and *Edward F. Richards v. Burgett, Inc., et al*. United States District Court, N. D. Ill., Eastern Div., Case No. 1:10-cv-07580.  Each side shall bear its own respective fees and costs incurred in this coverage lawsuit.

Dated:  December 20, 2012  **GAUNTLETT & ASSOCIATES**

By:   /s/ David A. Gauntlett
        David A. Gauntlett
        Andrew M. Sussman

Attorneys for Plaintiff Burgett, Inc.

Dated:  December 20, 2012  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Jordon E. Harriman
        Lane J. Ashley
        Jordon E. Harriman
        Shannon L. Santos

Attorneys for Defendant American Zurich Insurance Company

**ORDER**

UPON STIPULATION AND AGREEMENT OF THE PARTIES, IT IS SO ORDERED.

Dated: January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1